IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| KELLY JAMES SKEFFINGTON, ) | |
| ) | |
| Debtor. ) | Bankruptcy No. 06-02899 |
| --------------------------- | |
| GREAT RIVER BANK & TRUST ) | |
| COMPANY, ) | |
| ) | Adversary No. 07-30044-pjk |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KELLY JAMES SKEFFINGTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER RE MOTION TO DISMISS

On May 12, 2008, Plaintiff Great River Bank & Trust Company filed a Motion to Dismiss.

**IT IS ORDERED** that this adversary proceeding is DISMISSED and the trial scheduled for May 20, 2008 in Davenport, Iowa is cancelled and removed from the Court's calendar.

Dated and Entered: May 13, 2008

*[signature]*

Paul J. Kilburg
Bankruptcy Judge